IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| James Fortenberry, | ) | Case No. 21-81169-CRJ7 |
| | ) | |
| Debtor(s). | ) | Chapter 7 |

BANKRUPTCY ADMINISTRATOR'S RECOMMENDATION ON THE AMENDED
APPLICATIONS TO EMPLOY SPECIAL COUNSEL

COMES NOW the United States Bankruptcy Administrator for the Northern District of Alabama, by and through the undersigned counsel of record, and regarding the amended applications to employ special counsel states as follows:

1. The Bankruptcy Administrator has reviewed the amended application to employ J Brent Burney & Burney & Burney, LLC (Doc. 39) and Phil D. Mitchell, Esq. & Harris, Caddell & Shanks, PC (Doc. 40) (Applicants) as special counsel to pursue a personal injury case and finds the same complies with the requirements of 11 U.S.C. §327(e) and Rule 2014 of the Federal Rules of Bankruptcy Procedure.

2. The Applicants seek to be employed separately contingency fees of 22.22% and 11.11%. The total contingency fee will be 33.33% of any recovery plus expenses.

3. The Applicants have affirmed in the amended applications that no agreement for sharing compensation exists outside of each law firm.

WHEREFORE, the premises considered, Bankruptcy Administrator recommends that the applications to employ special counsel be approved.

Respectfully submitted April 14, 2022.

                                                J. THOMAS CORBETT
                                                United States Bankruptcy Administrator for the
                                                Northern District of Alabama
                                                /s/ Richard M. Blythe
                                                Richard M. Blythe
                                                Assistant U.S. Bankruptcy Administrator
                                                Alabama Bar ID: ASB-3199-B52R

OF COUNSEL:
United States Bankruptcy Administrator
Northern District of Alabama

Seybourn H. Lynne Federal Building
P.O. Box 3045
400 Well Street NE. Room 236
Decatur, Alabama 35602
(256) 340-2740

## CERTIFICATE OF SERVICE

   I hereby certify that on April 14, 2022, I have served a copy if the foregoing on the parties listed below by electronic service through the Court's CM/ECF system and/or by placing a copy of the same in the U.S. Mail, postage prepaid.

Tazewell Shepard, Esq., Trustee, Via CM/ECF electronic service

John C. Larsen, Esq., Attorney for the Debtor, Via CM/ECF electronic service

J Brent Burney, Esq.,Proposed Special Counsel for the Debtor, Via CM/ECF electronic service

Phil D. Mitchell, Esq.,Proposed Special Counsel for the Debtor, Via CM/ECF electronic service

               /s/Richard M. Blythe
               Richard M. Blythe